UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

| | |
|---|---|
| WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES *Plaintiff*, v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services, in her official capacity, *Defendants*. | Civ. No. 2:11-CV-00327 Judge Thomas E. Johnston ORAL ARGUMENT REQUESTED |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff West Virginia Department of Health and Human Resources, Bureau for Medical Services, hereby moves for summary judgment. For the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Summary Judgment, there is no genuine issue of material fact, and Plaintiff is entitled to judgment as a matter of law. Plaintiff therefore asks this Court to enter judgment in its favor.

A proposed order is attached to this motion.

        Respectfully submitted,

          /s/ Mary McQuain
Mary McQuain (WV Bar No. 713)
WEST VIRGINIA DEPARTMENT OF
HEALTH & HUMAN RESOURCES,
BUREAU FOR MEDICAL SERVICES
350 Capitol Street, Room 251
Charleston, WV 25301-1757
Tel: (304) 356-4899
Fax: (304) 558-1509
Email: Mary.G.McQuain@wv.gov


          /s/ Carolyn F. Corwin
Carolyn F. Corwin (*pro hac vice*)
Caroline M. Brown (*pro hac vice*)
Jonathan G. Hardin (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291
Email: ccorwin@cov.com
       cbrown@cov.com
       jhardin@cov.com

*Attorneys for Plaintiff West Virginia Department of Health and Human Resources, Bureau for Medical Services*

September 23, 2011

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

|  |  |
|---|---|
| **WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES, BUREAU FOR MEDICAL SERVICES,**  *Plaintiff*,  v.  **UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,**  and  **KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services, in her official capacity,**  *Defendants*. | Civ. No. 2:11-cv-00327  Judge Thomas E. Johnston |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

Gary L. Call
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326
Tel: (304) 345-2200
Fax: (304) 347-5440
Email: gary.call@usdoj.gov

I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

Suzanne K. Yurk
Assistant Regional Counsel
Office of the General Counsel
U.S. Department of Health & Human Services
150 S. Independence Mall W.
Philadelphia, PA 19106-3499

      /s/ Jonathan G. Hardin
Jonathan G. Hardin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291
Email: jhardin@cov.com

*Attorney for Plaintiff*