IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WEST VIRGINIA DEPARTMENT OF HEALTH &
HUMAN RESOURCES, BUREAU OF MEDICAL SERVICES,

    Plaintiff,

v.                                        CIVIL ACTION NO. 2:11-cv-00327

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of Defendant, and that this case be dismissed and stricken from the docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                      ENTER:     September 26, 2012

                                      THOMAS E. JOHNSTON
                                      UNITED STATES DISTRICT JUDGE